troversy upon affidavits, especially since it affirmatively appears that the obligation, if any, was incurred by Ostend Baths, Inc., prior to the receivership, and since it affirmatively appears that whether the goods were in fact received by the receiver is a disputed question of fact which may not be determined upon affidavits, involving as it does the questions whether or not Sam Ackerman had authority to act for the receiver and whether or not he in fact received the goods for the receiver. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

ELIZABETH F. BELL, as Administratrix, etc., of JAMES L. BELL, Deceased, Respondent, v. HENRY D. WALBRIDGE and LILLIAN A. WALBRIDGE, Appellants.— Order granting plaintiff's motion for examination of defendants before trial and directing the production of books and papers affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

FREDERICK W. BODE and HORACE M. GRAY, Respondents, v. PARK HILL ESTATES, INC., and Others, Appellants.— Order modified by striking out the provision for the payment of counsel fee and by adding the sum of sixty dollars and thirty-six cents to the amount of the fine, making, with the costs, fifty dollars, a total of three hundred and ten dollars cand thirty-six cents. As so modified, order affirmed, without costs. There is no authority for the inclusion of counsel fee in the order, in the absence of a presentation of facts upon which counsel fee could be fixed. Lazansky, P. J., Young and Scudder, JJ., concur; Rich and Seeger, JJ., dissent and vote to affirm.

CHARLES O. BOYER, Respondent, v. WARD BAKING COMPANY, Appellant.— Judgment, as resettled, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

ETHLYN BOYER and CHARLES O. BOYER, Respondents, v. WARD BAKING COMPANY, Appellant.— Judgment, as resettled, unanimously affirmed, with one bill of costs to respondents. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

CAROL GOULD BRESS, Respondent, v. GEORGE M. BRESS, Appellant.— Order granting motion for alimony *pendente lite* and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

CHASRA Co., INC., a Domestic Corporation, Appellant, v. BEACH THIRTY-FIRST STREET CORPORATION, a Domestic Corporation, Respondent.— Judgment reversed upon the facts, with costs, and judgment directed against defendant and in favor of plaintiff for the sum of $20,750, with interest from the 3d day of August, 1925, with costs. Defendant admits in its answer that the sum of $20,000 was paid upon the contract, and its witness Herrick, a lawyer of twenty-five years standing at the bar, testified affirmatively that the fee of $750 for examination of the title was not excessive. While we are of opinion that the learned trial court was right in basing its judgment upon conditions existing at the time of the rendition of judgment (*Breckenridge* v. *Cary*, 195 App. Div. 156), it now appears that, after the entry of judgment, the respondent conveyed a part of the premises in question to a third party, thus placing it beyond its power to carry out the judgment. This fact appears by a certified copy of an instrument between the Beach Thirty-first Street Corporation and Nathan Levin, recorded in the office of the register of the county of Queens on the 2d day of May, 1929,